1  GEORGE S. CARDONA
   United States Attorney
2  THOMAS P. O'BRIEN
   Assistant United States Attorney
3  Chief, Criminal Division
   MICHAEL R. WILNER
4  California Bar Number: 156592
        1100 United States Courthouse
5       312 North Spring Street
        Los Angeles, California 90012
6       Telephone: (213) 894-0687
        Facsimile: (213) 894-6269
7       E-mail:    michael.wilner@usdoj.gov
   Attorneys for Plaintiff
8  United States of America

9

10                    UNITED STATES DISTRICT COURT

11               FOR THE CENTRAL DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,    ) No. CR 07-755-DDP
                                 )
13           Plaintiff,          ) <u>NOTICE OF ATTORNEY APPEARANCE</u>
                                 ) <u>FOR UNITED STATES</u>
14       v.                      )
                                 )
15  JOSEPH ARAM BABAJIAN,        )
    et al.,                      )
16                               )
             Defendant.          )
17                               )

18       Plaintiff, United States of America, hereby advises the

19  court that the Assistant United States Attorney Michael R. Wilner

20  (e-mail: michael.wilner@usdoj.gov) has been added as attorney of

21  record for the government in this matter.  The clerk is requested

22  to make all necessary changes to the court's Case Management/

23  Electronic Case Filing system to ensure that AUSA Wilner is

24  associated with this case and receives all e-mails and notices

25  relating to filings in this case.

26

27

28

AUSA Jeremy Matz remains assigned to this matter and should continue to receive notices in this matter.

Dated: September 28, 2007          Respectfully submitted,

                                   GEORGE S. CARDONA
                                   United States Attorney

                                   THOMAS P. O'BRIEN
                                   Assistant United States Attorney
                                   Chief, Criminal Division


                                        /s/
                                   _____
                                   MICHAEL R. WILNER
                                   Assistant United States Attorney

                                   Attorneys for Plaintiff
                                   United States of America