FILED
CLERK, U.S. DISTRICT COURT

AUG 1 0 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 07-755-DDP |
| Plaintiff, | ) **VERDICT FORM** |
| v. | ) |
| LILA RIZK, | ) |
| Defendant. | ) |

**REDACTED VERDICT FORM AS TO FOREPERSON SIGNATURE**

<u>United States v. Lila Rizk</u>
Case No. CR 07-755-DDP

On Count One of the Indictment (Conspiracy), we, the jury, find defendant Lila Rizk:

Guilty ☑    Not Guilty ☐

On Count Two of the Indictment (Bank Fraud), we, the jury, find defendant Lila Rizk:

Guilty ☑    Not Guilty ☐

On Count Nine of the Indictment (Loan Fraud) we, the jury, find defendant Lila Rizk:

Guilty ☑    Not Guilty ☐

On Count Ten of the Indictment (Loan Fraud) we, the jury, find defendant Lila Rizk:

Guilty ☑    Not Guilty ☐

On Count Eleven of the Indictment (Loan Fraud) we, the jury, find defendant Lila Rizk:

Guilty ☑     Not Guilty ☐

On Count Twelve of the Indictment (Loan Fraud) we, the jury, find defendant Lila Rizk:

Guilty ☑     Not Guilty ☐

On Count Fourteen of the Indictment (Loan Fraud) we, the jury, find defendant Lila Rizk:

Guilty ☑     Not Guilty ☐

On Count Fifteen of the Indictment (Loan Fraud) we, the jury, find defendant Lila Rizk:

Guilty ☑     Not Guilty ☐

On Count Sixteen of the Indictment (Loan Fraud) we, the jury, find defendant Lila Rizk:

Guilty ☑    Not Guilty ☐

On Count Eighteen of the Indictment (Loan Fraud) we, the jury, find defendant Lila Rizk:

Guilty ☑    Not Guilty ☐

On Count Nineteen of the Indictment (Loan Fraud) we, the jury, find defendant Lila Rizk:

Guilty ☑    Not Guilty ☐

On Count Twenty of the Indictment (Loan Fraud) we, the jury, find defendant Lila Rizk:

Guilty ☑    Not Guilty ☐

On Count Twenty-One of the Indictment (Loan Fraud) we, the jury, find defendant Lila Rizk:

    Guilty ☑    Not Guilty ☐

On Count Twenty-Three of the Indictment (Loan Fraud) we, the jury, find defendant Lila Rizk:

    Guilty ☑    Not Guilty ☐

On Count Twenty-Four of the Indictment (Loan Fraud) we, the jury, find defendant Lila Rizk:

    Guilty ☑    Not Guilty ☐

August 10, 2009
Date

Redacted
Foreperson